No. 10446. STATE OF MONTANA ex rel. LEO T. NEWMAN, RELATOR, v. DANIEL B. HERTZ, JR., Clerk and Recorder of Powell County, Montana, RESPONDENT.
374 P.2d 112.

Decided April 26, 1962.

PER CURIAM.

The aplication for a writ of mandate is denied.